John P. MURPHY, Appellant,

v.

Sheryl Ramstad HVASS; Jeff Peterson;
John Peterson, Appellees.

No. 02–3110.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2003.

Decided April 14, 2003.

Before MELLOY, FAGG, and SMITH,
Circuit Judges.

PER CURIAM.

John P. Murphy appeals the district court's[1] dismissal of his 42 U.S.C. § 1983 complaint. Having carefully reviewed the record, we conclude that dismissal was proper for the reasons explained by the district court, and that the court did not abuse its discretion in denying Murphy's motions to amend his complaint and to compel discovery. Accordingly, we affirm. See 8th Cir. R. 47B. We also deny Murphy's pending motion.

A true copy.

Stephen and Sara GALLIGAN,
Appellants,

v.

COMMISSIONER OF INTERNAL
REVENUE, Appellee.

No. 02–3734.

United States Court of Appeals,
Eighth Circuit.

Submitted April 4, 2003.

Decided April 15, 2003.

Before MELLOY, FAGG, and SMITH,
Circuit Judges.

PER CURIAM.

Stephen and Sara Galligan appeal from the tax court's adverse judgment, following a trial, in their action contesting the assessment of deficiencies in their federal income taxes for tax years 1996 and 1997. Having carefully reviewed the record, we conclude the judgment was proper for the reasons explained by the tax court. Accordingly, we affirm. See 8th Cir. R. 47B.

A true copy.

1. The Honorable Paul A. Magnuson, United States District Judge for the District of Minnesota, adopting the report and recommendations of the Honorable Arthur J. Boylan, United States Magistrate Judge for the District of Minnesota.